# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

In re:  )
    Adam Edward Pollard and  )
    Christy Lee Pollard,  )
      )
    160 North Drive  )
    Thomasville, NC 27360  )
      )  Case No.: 16-50278
    Soc. Sec. No. \*\*\*-\*\*-5449  )
    Soc. Sec. No. \*\*\*-\*\*-8554  )
            Debtor(s)  )

## MOTION FOR WAIVER OF
## FINANCIAL MANAGEMENT COURSE

NOW COMES, Christy Lee Pollard, debtor, by and through counsel, and moves the Court pursuant to 11 U.S.C. § 109(h)(4) for an Order to waive financial management course for debtor as required by 11 U.S.C. § 727(a)(11).

In support of this motion, the debtor Christy Lee Pollard shows the Court as follows:

1. The Debtors filed their Chapter 7 case on March 22, 2016; and

2. The first date set for the § 341 Creditor Meeting in this bankruptcy case was April 25, 2016, and the Creditor Meeting was held and completed on said date; and

3. Debtor Christy Lee Pollard died on May 6, 2016; and

4. As of the date of death of Christy Lee Pollard she had not yet completed the financial management course required by 11 U.S.C. § 727(a)(11)

**WHEREFORE**, the movant prays that the Court enter an Order which grants the following relief:

1. That an order be entered that such financial management course required by 11 U.S.C. § 727(a)(11) shall be waived as to her; and

2. Such other and further relief as the Court deems just and proper.

This the 22nd day of June, 2016.

                                              /s/ Truman A. Barker
                                              Truman A. Barker(NC State Bar No. 49067)
                                              Debtors' attorney
                                              Cecil & Cecil, P.A.
                                              P.O. Box 5666
                                              High Point, NC 27262
                                              (Ph) 336-883-8383

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:                                          )
    Adam Edward Pollard and            )    Case No.: 16-50278
    Christy Lee Pollard,               )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the **MOTION FOR WAIVER OF FINANCIAL MANAGEMENT COURSE** was served by first class mail, postage prepaid, to the following parties at their respective addresses:

W. Joseph Burns
Ch. 7 Trustee
PO Box 21433
Winston-Salem, NC 27120-1433

Adam Edward Pollard
Christy Lee Pollard
160 North Street
Thomasville, NC 27360

William Miller
Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402

    This the 22nd day of June, 2016.

                                                    /s/ Truman A. Barker
                                                    Truman A. Barker(NC State Bar No. 49067)
                                                    Debtors' attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:

Adam Edward Pollard and
Christy Lee Pollard,

160 North Drive
Thomasville, NC 27360

Soc. Sec. No. \*\*\*-\*\*-5449
Soc. Sec. No. \*\*\*-\*\*-8554
Debtor(s)

Case No.: 16-50278

AFFIDAVIT OF ADAM EDWARD POLLARD

NOW COMES Adam Edward Pollard, Debtor, and being first duly sworn, states as follows:

I am the husband of Christy Lee Pollard. On March 22, 2016, Christy Lee Pollard and I filed our Chapter 7 case. On April 25, 2016 we both attended the 341 Creditor Meeting. On April 25, 2016 the Creditor Meeting was held and completed. On May 6, 2016 Christy Lee Pollard passed away prior to completing the required Financial Management Course.

This the 22 day of June, 2016.

_____
Adam Edward Pollard

Sworn to and subscribed before me this 22nd day of June, 2016.

_____
Notary Public

My commission expires: 02/09/2021

JENNIFER ROSE
NOTARY PUBLIC
GUILFORD CO.
MY COMM. EXP.
02/09/2021
NORTH CAROLINA